Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Southwest Fire Defense, LLC, a New Mexico limited liability company** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**Southwest Fire Defense & Tree Removal Services**

**3. Debtor's federal Employer Identification Number (EIN)**

__4__ __7__ – __4__ __5__ __3__ __5__ __9__ __5__ __0__

**4. Debtor's address**

**Principal place of business**

**8 Via De Los Martinez**
Number          Street

**Santa Fe, NM 87506**
City                          State     ZIP Code

**Santa Fe**
County

**Mailing address, if different from principal place of business**

**Po Box 1172**

Number          Street

**Santa Fe, NM 87504-1172**
City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

**8 Via De Los Martinez**
Number          Street

**Santa Fe North, NM 87506**
City                          State     ZIP Code

**5. Debtor's website (URL)**

**https://www.swfiredefense.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__1__ __1__ __5__ __3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

 ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

     District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                      MM / DD / YYYY

     Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 50-99          ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                              ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion

☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☑ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/28/2025__
         MM/  DD/  YYYY

**X** __/s/ Daniel Martinez__                     __Daniel Martinez__
   Signature of authorized representative of debtor         Printed name

Title   __Owner, President__

**18. Signature of attorney**

**X** __/s/ Chris Gatton__      Date __07/28/2025__
   Signature of attorney for debtor                MM/  DD/  YYYY

__Chris Gatton__
Printed name

__Gatton & Associates, P.C.__
Firm name

__10400 Academy NE Suite 350__
Number      Street

__Albuquerque__                  __NM__    __87111__
City                                  State   ZIP Code

__(505) 271-1053__            __chris@gattonlaw.com__
Contact phone                   Email address

__138226__                       __NM__
Bar number                    State

Debtor Name **Southwest Fire Defense, LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the: District of **New Mexico**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **New Mexico Bank and Trust** | **Checking account** | 7 3 7 7 | $7,469.23 |
| 3.2. **New Mexico Bank and Trust** | **Savings account** | 8 7 4 3 | $1,056.42 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $8,525.65

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor    **Southwest Fire Defense, LLC, a New Mexico limited liability company**      Case number *(if known)* _____

     Name

| | |
|---|---|
| 7.2 _____ | _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 _____ | _____ |
| 8.2 _____ | _____ |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.      | _____ |

---

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    **$66,156.88**   -   **$0.00**   =.... ➡    $66,156.88

      face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____   -   _____   =.... ➡    _____

      face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $66,156.88 |

---

**Part 4:**    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:              % of ownership:

| | | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 | | |
|---|---|---|---|
| | Describe: | | |
| | 16.1 _____ | _____ | _____ |
| | 16.2 _____ | _____ | _____ |

| 17. | **Total of Part 4** | |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | ⬛ |

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

| 23. | **Total of Part 5** | |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | ⬛ |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Desks, chairs, table | unknown | | $1,000.00 |
| 40.  **Office fixtures** | | | |
| | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | unknown | | $5,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43.  **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | Current value of debtor's interest |
|---|---|
| | $6,000.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 ALTEC M2-106/ LR7-60E70; /** VIN: **3ALACXFC4KDKK3114 Altec Bucket Freightliner LR7-60E70; Serial 0718FF8974** | unknown | Altec and cranetrader.com | $100,000.00 |

Debtor     **Southwest Fire Defense, LLC, a New Mexico limited liability company**     Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 47.2 **2018 SDLG L918F / VIN: 640064 RAKE GRAPPLE/ Front End Loader- Tractor with Bradco Root Rake Grapple** | unknown | Machinerytrader.com | $30,000.00 |
| 47.3 **BANDIT INTIMIDATOR 15XPC / VIN: 4FMUS1818NR520679 Bandit Intimidator 15XPC CHIPPER** | unknown | equipmenttrader.com | $58,000.00 |
| 47.4 **Tracked Lifts telescopic lift / VIN: 12850 PB 22.10 INSULATED TRACKED AERIAL LIFT; Asset number 50403986_1** | unknown | Forestrytrader.com | $118,000.00 |
| 47.5 **2023 VERMEER SC382 / VIN: 1VRU112BAP1001823 Stump Cutter /Grinder** | unknown | constructionequipmentguide.com | $32,000.00 |
| 47.6 **2022 Ram Truck 3500 / VIN: 363RRGLXNG291639 Crew Cab Pickup** | unknown | | $48,991.00 |
| 47.7 **2020 Freightliner M2-106 4x2 / VIN: 1FVACWDXLHKW5821 Cab and Chassis** | unknown | | $115,000.00 |

48. **Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2021 Load Trail Dump Trailer Gooseneck / VIN: 4ZEGX202M1234881 GX0220102_26549** | unknown | trailerplus.com | $12,000.00 |
| 48.2 **Appalachian Tilt Deck Trailer / VIN: 541BS202XNM001228 14,999 GVWR STEEL DECK UTILITY TRAILER; Asset Number 50403986_2** | unknown | trailerplus.com | $8,000.00 |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2021 Vermeer ATX 530 Wheel Loader / VIN: 1M1UAEB0XKV352758 Mini Skid** | unknown | Machinerytrader.com | $20,000.00 |
| **2023 Avant 528 LX COMPACT ARTICULATED LOADER / VIN: 113852 HYDRAULIC ROTATING TIMBER GRAB** | unknown | Machinerytrader.com | $43,000.00 |
| **2022 Turfmaker Corp. Hydroseeder 550 /** VIN: 122024 w/ 22hp Honda Electric Start Engine, steel gear pump, clear water flush system, hydraulic drive on agitator and pump; Electric hose reel w/ 200' lay flat hose + nozzles; Sidewinder gun w/3 extra nozzles | unknown | equipmenttrader.com | $40,000.00 |
| **AVANT A37456 / VIN: 01389 HYDRAULIC ROTATING TIMBER GRAB** | unknown | | unknown |
| **VERMEER BC1000XL / VIN: NO. 25931 BRUSH CHIPPER** | unknown | | unknown |

| 51. | **Total of Part 8** | $624,991.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office / 8 Via De Los Martinez Stanley, NM 87056** | Lease | $0.00 | n/a | $0.00 |
| 55.2 **Equipment Yard / 7 Via De Los Martinez Stanley, NM 87056** | Lease | $0.00 | n/a | $0.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61. Internet domain names and websites** | | | |
| **www.swfiredefense.com** | $0.00 | | $0.00 |

Case 25-10924-j11   Doc 1   Filed 07/28/25   Entered 07/28/25 17:01:14 Page 12 of 72

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ | _____ |
| 64. | **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ | _____ |
| 65. | **Goodwill** | | | |
| | Goodwill | **unknown** | | **unknown** |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡ _____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

Case 25-10924-j11    Doc 1    Filed 07/28/25    Entered 07/28/25 17:01:14 Page 13 of 72

| | |
|---|---:|
| **Indian Harbor - General Liability, Umbrella, Commercial** | **$0.00** |
| **Greenwich Insurance - Equipment** | **$0.00** |
| **New Mexico Foundation Insurance - Wormans Comp.** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Nature of claim    _____

    Amount requested   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    Nature of claim    _____

    Amount requested   _____

76. **Trusts, equitable or future interests in property**

| **Gatton & Associates Trust Account** | **$790.82** |
|---|---:|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

            **$790.82**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,525.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $66,156.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $624,991.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $790.82 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $706,464.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... | | $706,464.35 |

Case 25-10924-j11   Doc 1   Filed 07/28/25   Entered 07/28/25 17:01:14 Page 15 of 72

Fill in this information to identify the case:

Debtor name __Southwest Fire Defense, LLC, a New Mexico limited liability company__

United States Bankruptcy Court for the: District of __New Mexico__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

__Cadence Bank, N.A.__

Creditor's mailing address

__c/o James-Bates-Brannan-Groover-LLP__

__2827 Peachtree Road NE 300__

__Atlanta, GA 30305__

Creditor's email address, if known

_____

Date debt was incurred     __02/22/2021__

Last 4 digits of account number     __8__ __5__ __0__ __7__

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   1) FirstInLine Captial; **2) Cadence Bank, N.A.**; 3) CFG Merchant Solutions

**Describe debtor's property that is subject to a lien**
Accounts Receivable

**Describe the lien**
__SBA 504 commercial business loan__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $291,734.65 | $66,156.88 |
|---|---|

**Remarks:** Purpose: (Working Capital, Debt Refinance)10 year Note;
Daniel Martinez- personal Guarantor;
16th lien position on all business assets

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,314,666.93

| Debtor | **Southwest Fire Defense, LLC, a New Mexico limited liability company** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** Creditor's name

**CFG Merchant Solutions**

Creditor's mailing address

**c/o CRI, Joshua J. Provost**

**25852 McBean Pkwy 801**

**Santa Clarita, CA 91355**

Creditor's email address, if known

_____

Date debt was incurred          **12/28/2023**

Last 4 digits of account          **1   3   4   9**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien
<u>Accounts Receivable</u>

Describe the lien

**Working capital financing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | Column A | Column B |
|---|---|---|
| | **$24,408.95** | **$66,156.88** |

**Remarks:** 20240000001823 AGAINST D. MARTINEZ ONLY
UCC1 Lien attached to: Inventory, fixtures, equipment, vehicles, accounts receivable, stocks, bonds, and Negotiable Instruments

| Debtor | Southwest Fire Defense, LLC, a New Mexico limited liability company | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

**Creditor's name**

CHTD Company

**Creditor's mailing address**

PO Box 2576

Springfield, IL 62708

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 2 3 6 4

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For 2023 Avant 528 LX COMPACT ARTICULATED LOADER: 1) First-Citizens Bank & Trust Company ; **2) CHTD Company**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

AVANT A37456, 2023 Avant 528 LX COMPACT ARTICULATED LOADER

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **$43,000.00**

**Remarks:** UCC 20240000012081/ Collateral granted to First Citizens Bank under Master EFA Agreement #ME02091665

| Debtor | **Southwest Fire Defense, LLC, a New Mexico limited liability company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.4** **Creditor's name**

De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Road

Wayne, PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  3  9  8  6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Tracked Lifts telescopic lift, Appalachian Tilt Deck Trailer

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $120,000.00 | $126,000.00 |
|---|---|---|

**Remarks:** Appalachian Tilt Deck Trailer/ INSULATED TRACKED AERIAL LIFT

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page __4__ of __23__

Debtor **Southwest Fire Defense, LLC, a New Mexico limited liability company**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Road

Wayne, PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

VERMEER BC1000XL

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $0.00 | unknown |
|---|---|---|

**Remarks:** UCC 20239789732I/ Debtor reports account is PAID IN FULL

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** Creditor's name

**De Lage Landen Financial Services, Inc.**

Describe debtor's property that is subject to a lien

_____ **$0.00**    **unknown**

_____

Creditor's mailing address

**1111 Old Eagle School Road**

**Wayne, PA 19087**

Describe the lien

**Loan/Equipment Financing**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** UCC 20229781462D / Debtor reports account is PAID IN FULL
Collateral: CTX100 VERMEER MINI SKID STEER, VIN: 1VRZ080H2J1000766
Wrecked /damaged beyond repair

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.7**

**Creditor's name**

De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Road

Wayne, PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$0.00**

Column B: **unknown**

**Remarks:** UCC1 20160047516C; Debtor reports account is PAID IN FULL
Collateral: VERMEER BC1500 BRUSH CHIPPER VIN: 1VR2161V4F1006325.
Inoperative/blown engine. Chipper scrapped for parts.

Case 25-10924-j11    Doc 1    Filed 07/28/25    Entered 07/28/25 17:01:14 Page 22 of 72

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** Creditor's name

**Ditch Witch Financial Services**

Creditor's mailing address

**1625 W. Fountainhead Pkwy, AZ-FTN-10C-A**

**Tempe, AZ 85282**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  **4  0  0  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

BANDIT INTIMIDATOR 15XPC

Describe the lien

**Loan/Equipment Financing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$80,554.00** | **$58,000.00**

**Remarks:** UCC1 20220128734F/ CHIPPER: New Bandit Intimidator 15XPC

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

Financial Agent Services

**Creditor's mailing address**

P.O. Box 2576

Springfield, IL 62708

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) First-Citizens Bank & Trust Company ; **2) Financial Agent Services**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Turfmaker Corp. Hydroseeder 550

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| unknown | $40,000.00 |

**Remarks:** UCC - 20240000007165/ Collateral granted to First Citizens Bank under Master EFA ME02091665/ DCC1879057

| Debtor | Southwest Fire Defense, LLC, a New Mexico limited liability company | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** Creditor's name

First-Citizens Bank & Trust Company

Creditor's mailing address

155 Commerce Way

Portsmouth, NH 03801

Creditor's email address, if known

_____

Date debt was incurred   11-12-2024

Last 4 digits of account number   7  9  7  5

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2020 Freightliner M2-106 4x2

Describe the lien

Loan/Equipment Financing

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $115,000.00 | $115,000.00 |
|---|---|---|

**Remarks:** Master EFA ME02091665/ DCC-1897975 - 2020 Freightliner M2-106 4x2

Case 25-10924-j11    Doc 1    Filed 07/28/25    Entered 07/28/25 17:01:14 Page 25 of 72

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim**  Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.11** Creditor's name

**First-Citizens Bank & Trust Company**

Creditor's mailing address

**155 Commerce Way**

**Portsmouth, NH 03801**

Creditor's email address, if known

_____

Date debt was incurred    **12/09/2024**

Last 4 digits of account number    **2 7 7 2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2022 RAM 3500
Master EFA Agreement #ME02091665 |Equipment Schedule #DCC-1909249 |

Describe debtor's property that is subject to a lien

2022 Ram Truck 3500

Describe the lien

**Loan/Equipment Financing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$48,193.00**

Column B: **$48,991.00**

Debtor   **Southwest Fire Defense, LLC, a New Mexico limited liability company**                 Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12** **Creditor's name**

First-Citizens Bank & Trust Company

**Creditor's mailing address**

c/o Power of Attorney

PO Box 26592 DAC 20

Raleigh, NC 27611

**Creditor's email address, if known**

_____

**Date debt was incurred**      06/28/2024

**Last 4 digits of account**      2  3  6  4
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.3

**Describe debtor's property that is subject to a lien**

2023 Avant 528 LX COMPACT ARTICULATED LOADER

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A Amount of claim:** $52,889.00

**Column B Value of collateral:** $43,000.00

**Remarks:** Master EFA 02091665; DCC1882364 - Avant 528 LX COMPACT ARTICULATED LOADER

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.13**   Creditor's name

**First-Citizens Bank & Trust Company**

Creditor's mailing address

**c/o Power of Attorney**

**PO Box 26592 DAC 20**

**Raleigh, NC 27611**

Creditor's email address, if known

_____

Date debt was incurred   **5/10/2024**

Last 4 digits of account number   **9  0  5  7**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.9**

Describe debtor's property that is subject to a lien

2022 Turfmaker Corp. Hydroseeder 550     **$41,000.00**     **$40,000.00**

Describe the lien

**Loan/Equipment Financing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Master EFA ME02091665/ DCC1879057 - Turfmaker Corp. Hydroseeder 550

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.14 Creditor's name**

FirstInLine Captial

**Describe debtor's property that is subject to a lien**
Accounts Receivable

unknown

$66,156.88

**Creditor's mailing address**

8605 Santa Monica Blvd # 35697

W Hollywood, CA 90069-4109

**Describe the lien**
Working Capital Financing

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines __2.1__

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15** Creditor's name

**Kapitus LLC**

**Describe debtor's property that is subject to a lien**

Amount of claim: **$137,232.00**

Value of collateral: **unknown**

Creditor's mailing address

**c/o Kapitus Servicing Inc.**

**2500 Wilson Blvd Ste. 350**

**Arlington, VA 22201**

**Describe the lien**

**Business Loan/Security Agreement**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred     **02/22/2024**

Last 4 digits of account number     **9  3  5  1**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** No record of perfected lien. Security Interests: Receivables, Inventory, Equipment, Intangibles, Investments, and Cash.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **15** of **23**

Case 25-10924-j11    Doc 1    Filed 07/28/25    Entered 07/28/25 17:01:14 Page 30 of 72

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.16** **Creditor's name**

**Marlin Leasing Corporation**

**Describe debtor's property that is subject to a lien**

2021 Load Trail Dump Trailer Gooseneck — $10,712.20 | $12,000.00

**Creditor's mailing address**

**P.O. Box 637**

**Mount Laurel, NJ 08054**

**Describe the lien**

**Titled Equipment Finance Agreement**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** **11/11/2024**

**Last 4 digits of account number** **2 0 0 2**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** DUMP TRAILER:2021 Load Drail GX 0220102_26549 Gooseneck Trailer VIN 4ZEGX202M1234881/

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**2.17 Creditor's name**

Navitas Credit Corp.

**Creditor's mailing address**

201 Executive Center Dr. 100

Columbia, SC 29210

**Creditor's email address, if known**

**Date debt was incurred** 11/26/2024

**Last 4 digits of account number** 4 1 4 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Vermeer ATX 530 Wheel Loader

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$108,374.06 | $20,000.00

**Remarks:** UCC1 20220136908J/2021 Vermeer ATX 530

| Debtor | **Southwest Fire Defense, LLC, a New Mexico limited liability company** | Case number (if known) |
|---|---|---|
| | Name | |

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.18** **Creditor's name**

PNC Equipment Finance

**Creditor's mailing address**

655 Business Center Drive Ste 250

Horsham, PA 19044

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   8  4  9  6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 VERMEER SC382

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | unknown | $32,000.00 |
|---|---|---|

**Remarks:** UCC 20230152037D/ Equipment 2023 VERMEER SC382 location: 246 CR 84, Jacona NM 87506

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.19 Creditor's name**

US SBA NM District Office

$284,569.07        unknown

**Creditor's mailing address**

PO Box 2206 87106

Albuquerque, NM 87106

**Creditor's email address, if known**

**Date debt was incurred**   06/15/2020

**Last 4 digits of account number**   7  9  0  3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

COVID-19 EIDL Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** UCC Financing Statement No. 20200096563F

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.20**   **Creditor's name**

**VFS US, LLC**

**Creditor's mailing address**

**P.O. BOX 26131**

**Greensboro, NC 27402**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**   8   0   4   3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC 1 20240000027203

**Describe debtor's property that is subject to a lien**

2018 SDLG L918F

**Describe the lien**

Loan/Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | unknown | $30,000.00 |

| Debtor | Southwest Fire Defense, LLC, a New Mexico limited liability company | Case number (if known) |
|---|---|---|
| | Name | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cadence Bank**<br>c/o Deborah Ricketts<br>500 Corporate Pkwy Ste 440<br>Birmingham, AL 35242 | Line 2. **1** | 9 5 5 1 |
| **CADENCE BANK, N.A.**<br>SBA Middle Georgia<br>Attn: Duluth Branch<br>1970 Satellite Blvd<br>Duluth, GA 30097 | Line 2. **1** | ___ ___ ___ ___ |
| **Lien Solutions**<br>Po Box 29071<br>Glendale, CA 91209-9071 | Line 2. **1** | ___ ___ ___ ___ |
| **Spencer Fane LLP**<br>c/o Angela Harris<br>325 Paseo De Peralta<br>Santa Fe, NM 87501-1860 | Line 2. **1** | 2 7 3 7 |
| **Corporation Service Company**<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2. **3** | ___ ___ ___ ___ |
| **Corporation Service Company**<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2. **5** | ___ ___ ___ ___ |
| **Corporation Service Company**<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2. **6** | ___ ___ ___ ___ |
| **Corporation Service Company**<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Line 2. **7** | ___ ___ ___ ___ |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lien Solutions**<br>**c/o John James**<br>**2929 Allen Pkwy Ste 3300**<br>**Houston, TX 77019-7112** | Line 2. **8** | **3 2 8 2** |
| **BMO Vendor Finance**<br>**Vincent Covena, Workout Officer**<br>**1625 W. Fountainhead PKWY FL 10**<br>**Tempe, AZ 85285** | Line 2. **8** | __ __ __ __ |
| **Corporation service Company**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808-1674** | Line 2. **9** | __ __ __ __ |
| **First-Citizens Bank & Trust Company**<br>**c/o Power of Attorney**<br>**PO Box 26592 DAC 20**<br>**Raleigh, NC 27611** | Line 2. **11** | __ __ __ __ |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line 2. **11** | __ __ __ __ |
| **Lien Solutions**<br>**Po Box 29071**<br>**Glendale, CA 91209-9071** | Line 2. **14** | **6 5 4 6** |
| **Marlin Leasing Corp. dba PEAC Solutions**<br>**c/o Karen Shields, Esq.,**<br>**300 Fellowship Rd**<br>**Mount Laurel, NJ 08054-1201** | Line 2. **16** | **2 0 0 2** |
| **Navitas Credit Corp.**<br>**PO Box 935204**<br>**Atlanta, GA 31193-5204** | Line 2. **17** | __ __ __ __ |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line 2. **17** | __ __ __ __ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page **22** of **23**

Debtor **Southwest Fire Defense, LLC, a New Mexico limited liability company**

Case number *(if known)* _____

Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company** | Line 2. **18** | ___ ___ ___ ___ |
| **801 Adlai Stevenson Drive** | | |
| **Springfield, IL 62703** | | |
| **CESC- Covid EIDL Service Center** | Line 2. **19** | **7 9 0 3** |
| **14925 Kingsport Rd** | | |
| **Fort Worth, TX 76155** | | |
| **Corporation Service Company** | Line 2. **19** | ___ ___ ___ ___ |
| **801 Adlai Stevenson Drive** | | |
| **Springfield, IL 62703** | | |
| **Corporation Service Company** | Line 2. **20** | **7 2 0 3** |
| **801 Adlai Stevenson Drive** | | |
| **Springfield, IL 62703** | | |

Fill in this information to identify the case:

Debtor name **Southwest Fire Defense, LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ($2,528.82) | ($2,528.82) |

**2.1** Priority creditor's name and mailing address

**Gatton & Associates, P.C.**

**10400 Academy NE Suite 350**

**Albuquerque, NM 87111**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: ($2,528.82)

Priority amount: ($2,528.82)

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**4041 N Central Ave Ste 112**

**Phoenix, AZ 85012-5000**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice only

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $0.00

Priority amount: $0.00

Debtor **Southwest Fire Defense, LLC, a New Mexico limited liability company**
Name

Case number *(if known)* _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice only

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00          $0.00

---

**2.4**

Priority creditor's name and mailing address

**New Mexico Taxation & Revenue
Department**

**Bankruptcy Unit**

**P.O. Box 50129**

**Albuquerque, NM 87181**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the Claim: 2024 unpaid taxes

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$60,000.00          $60,000.00

| Debtor | Southwest Fire Defense, LLC, a New Mexico limited liability company | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

Altec Capital Services, LLC

33 Inverness Center Parkway Ste 200

Birmingham, AL 35242

Date or dates debt was incurred _____

Last 4 digits of account number  0  0  7  3

Remarks: Invoice #02278401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment lease arrearages

Is the claim subject to offset?
☑ No
☐ Yes

**$16,921.14**

---

**3.2**

Nonpriority creditor's name and mailing address

Altec Industries, Inc.

5202 E 36 HWY

Saint Joseph, MO 64507

Date or dates debt was incurred _____

Last 4 digits of account number  9  8  5  0

Remarks: Invoice No. 51574159

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service/Repairs

Is the claim subject to offset?
☑ No
☐ Yes

**$17,903.82**

---

**3.3**

Nonpriority creditor's name and mailing address

Headway Capital, LLC

4700 w Daybreak Pkwy Ste 200

South Jordan, UT 84009

Date or dates debt was incurred  02/27/2023

Last 4 digits of account number  0  7  8  9

Remarks: Line of credit number 2023NM010693915

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Proceeds of future sales

Is the claim subject to offset?
☑ No
☐ Yes

**$67,098.91**

---

**3.4**

Nonpriority creditor's name and mailing address

Lease Direct

DLL ATTN: Tammy Reile, Litigation Dept

1111 Old Eagle School Road

Wayne, PA 19087

Date or dates debt was incurred  01/12/2025

Last 4 digits of account number  3  9  8  6

Remarks:
Account in default on monthly lease payments, includes late charges, sales tax, personal property tax, expenses associated with repossession of equipment

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Lease Default/Arrearages

Is the claim subject to offset?
☑ No
☐ Yes

**$11,362.84**

| Part 2: | Additional Page |
| --- | --- |

**3.5** Nonpriority creditor's name and mailing address

**New Mexico Bank & Trust (VISA)**

**c/o Heartland Financial USA**

**11935 Riley Street**

**Overland Park, KS 66213-1127**

Date or dates debt was incurred **12/07/2024**

Last 4 digits of account number **8  9  4  7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Credit Card/Unpaid balance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,894.11**

---

**3.6** Nonpriority creditor's name and mailing address

**WebBank**

**c/o QuickBooks Capital**

**PO Box 842978**

**Dallas, TX 75284-2978**

Date or dates debt was incurred **10/21/2023**

Last 4 digits of account number **e  3  0  9**

Remarks:
QuickBooks Term Loan. Personal Guarantor: Daniel Martinez

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Proceeds of future sales**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30,000.00**

Debtor      **Southwest Fire Defense, LLC, a New Mexico limited liability company**

        Name

Case number *(if known)* _____

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$57,471.18** |
| 5b.   **Total claims from Part 2** | 5b. + | **$158,180.82** |
| 5c.   **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$215,652.00** |

Fill in this information to identify the case:

Debtor name  **Southwest Fire Defense, LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the: District of  **New Mexico**
(State)

Case number (If known): _____  Chapter  **11**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **2019 Freightliner M2-106 Serial no. 0718FF8974 VIN: 3ALACXFC4KDKK3114** | **Altec Capital Services, LLC** |
| | | **33 Inverness Center Parkway Ste 200** |
| | | **Birmingham, AL 35242** |
| | **Contract to be ASSUMED** | |
| | State the term remaining **3 months** | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **Equipment Storage - Hydro-seeder** | **I-25 RV-Boat Self Storage** |
| | **Contract to be ASSUMED** | **268 South Hill Rd** |
| | | **Bernalillo, NM 87004-8058** |
| | State the term remaining **0 months** | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **On-call hazardous tree removal services.** | **Incorporated County of Los Alamos** |
| | **Contract to be ASSUMED** | **101 Camino Entrada Bldg 5** |
| | | **Los Alamos, NM 87544-3347** |
| | State the term remaining **51 months** | |
| | List the contract number of any government contract **AGR25-24** | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Tree trimming services near 15k volt energized power lines.** | **Incorporated County of Los Alamos** |
| | **Contract to be ASSUMED** | **101 Camino Entrada Bldg 5** |
| | | **Los Alamos, NM 87544-3347** |
| | State the term remaining **9 months** | |
| | List the contract number of any government contract **AGR22-71** | |

Case 25-10924-j11   Doc 1   Filed 07/28/25   Entered 07/28/25 17:01:14 Page 45 of 72

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Powerline clearance in restricted area** | **Los Alamos National Labs (LANL)** |
| | | **Contract to be ASSUMED** | **Attn: James Jones** |
| | | | **PO Box 1663** |
| | State the term remaining | **6 months** | **Los Alamos, NM 87545** |
| | List the contract number of any government contract | **PENDING** | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Office Space: 8 Via De Los Martinez** | **Martinez, Daniel A.** |
| | | **Contract to be ASSUMED** | **PO Box 1172** |
| | | | **Santa Fe, NM 87504** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Yard: 7 Via De Los Martinez** | **Martinez, Daniel A.** |
| | | | **PO Box 1172** |
| | | | **Santa Fe, NM 87504** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract with technical representative as condition to LANL contract. Technical supervision of hazard tree removal and hydroseeding services.** | **Triad National Security** |
| | | | **Attn: James Jones** |
| | | | **Po Box 1663, Mail Stop C938** |
| | | **Contract to be ASSUMED** | **Los Alamos, NM 87545-1663** |
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | **C4781** | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case 25-10924-j11    Doc 1    Filed 07/28/25    Entered 07/28/25 17:01:14 Page 46 of 72

| Debtor | **Southwest Fire Defense, LLC, a New Mexico limited liability company** | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Case 25-10924-j11    Doc 1    Filed 07/28/25    Entered 07/28/25 17:01:14 Page 47 of 72

Fill in this information to identify the case:

Debtor name    **Southwest Fire Defense, LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the: District of    **New Mexico**

          (State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

**2.**   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   **Martinez, Daniel A.** | **PO Box 1172** <br> Street | **US SBA NM District Office** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Navitas Credit Corp.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | **Santa Fe, NM 87504** <br> City     State     ZIP Code | **CFG Merchant Solutions** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Ditch Witch Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Cadence Bank, N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **First-Citizens Bank & Trust Company** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **WebBank** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Kapitus LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| | | **PNC Equipment Finance** | ☑ D ☐ E/F ☐ G |
| | | **First-Citizens Bank & Trust Company** | ☑ D ☐ E/F ☐ G |
| | | **First-Citizens Bank & Trust Company** | ☑ D ☐ E/F ☐ G |
| | | **First-Citizens Bank & Trust Company** | ☑ D ☐ E/F ☐ G |
| | | **Headway Capital, LLC** | ☐ D ☑ E/F ☐ G |
| 2.2 | Street <br><br> City    State    ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street <br><br> City    State    ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street <br><br> City    State    ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | Street <br><br> City    State    ZIP Code | | ☐ D ☐ E/F ☐ G |

Debtor **Southwest Fire Defense, LLC, a New Mexico limited liability company**

Name

Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case:

Debtor name **Southwest Fire Defense, LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the: **District of New Mexico**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... | **$706,464.35** |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... | **$706,464.35** |

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$1,314,666.93** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | **$57,471.18** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | **+ $158,180.82** |

4. **Total liabilities**.................................................................................................................... | **$1,530,318.93** |
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Southwest Fire Defense, LLC, a New Mexico limited liability company**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$357,186.98** |
| **For prior year:**<br>From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$530,723.00** |
| **For the year before that:**<br>From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,181,758.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**<br>From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**<br>From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **First-Citizens Bank & Trust Company**<br>Creditor's name<br><br>**PO Box 26592 DAC 20**<br>Street<br><br>**c/o Power of Attorney**<br><br>**Raleigh, NC 27611**<br>City          State     ZIP Code | **4/10/2025**<br><br>**5/12/2025**<br><br>**6/10/2025**<br><br>**6/10/2025** | **$7,561.98** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. **Fleetcor Funding**<br>Creditor's name<br><br>**3280 Peachtree Rd Ne Ste 2400**<br>Street<br><br><br>**Atlanta, GA 30305-2453**<br>City          State     ZIP Code | **4/29/2025**<br><br>**5/9/2025**<br><br>**5/28/2025**<br><br>**6/10/2025**<br><br>**7/3/2025** | **$11,525.79** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Stephen and Mary Keller**<br>Creditor's name<br><br>**86 Granada Dr**<br>Street<br><br><br>**White Rock, NM 87547-3726**<br>City          State     ZIP Code<br><br>Relationship to debtor | **7/10/2024 to**<br>**06/06/2025** | **$19,120.00** | **Payment on personal loan to principal**<br>**D. Martinez. Funds used for business**<br>**operations & repairs of equipment.** |

| 4.2. | **Sheffield Financial** | **7/5/2024 to** | **$6,123.12** | **Loan held by D. Martinez for dump** |
|---|---|---|---|---|
| | Creditor's name | **6/12/2025** | | **trailer used by debtor** |
| | **Po Box 580229** | | | |
| | Street | | | |
| | | | | |
| | **Charlotte, NC 28258-0229** | | | |
| | City     State   ZIP Code | | | |
| | Relationship to debtor | | | |

| 4.3. | **Synchrony Bank** | **08/28/2024** | **$1,368.67** | **Discount Tire/ Line of Credit used for** |
|---|---|---|---|---|
| | Creditor's name | **to** | | **company vehicles in D. Martinez name.** |
| | **P. O. Box 71726** | **06/20/2025** | | |
| | Street | | | |
| | **Attn: Bankruptcy Department** | | | |
| | **Philadelphia, PA 19176** | | | |
| | City     State   ZIP Code | | | |
| | Relationship to debtor | | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Navitas Credit Corp.** <br> Creditor's name <br> **PO Box 935204** <br> Street <br> <br> **Atlanta, GA 31193-5204** <br> City  State  ZIP Code | **2019 Ford Raptor** <br> **Repossessed/surrendered** | **02/2025** | **$35,000.00** |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br> <br> _____ <br> Street <br> <br> _____ <br> City  State  ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

**7.1.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Cadence Bank v. Southwest Fire Defense, LLC, et. al.** | **Contract/Debt & Money due** | **State of New Mexico First Judicial District Court** <br> Name <br> **P.O. Box 2268** <br> Street <br> **Santa Fe County District Courthouse** <br> **Santa Fe, NM 87504** <br> City     State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| Case number | |
|---|---|
| **D-101-CV-2024-02737** | |

**7.2.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Kapitus Servicing, Inc. v. Southwest Fire Defense LLC & Daniel Martinez** | **Debt and money due under contractual obligation** | **Circuit Court of the City of Richmond Virginia** <br> Name <br> **400 N 9th St** <br> Street <br> **John Marshall Courts Building** <br> **Richmond, VA 23219-1549** <br> City     State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

| Case number | |
|---|---|
| **CL24-2581** | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name <br><br> Street <br><br> City    State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City    State    ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Santa Fe Christian School** | **$2500 donation** | **May 2025** | **$2,500.00** |
| | Recipient's name | | | |
| | **1605 Old Pecos Trl** | | | |
| | Street | | | |
| | **Santa Fe, NM 87505-4736** | | | |
| | City    State    ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| **None** |

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Gatton & Associates, P.C.** | **Attorney's Fee** | **11/20/2024** | **$15,000.00** |
| | Address | **Attorney's Fees** | **12/12/2024** | **$325.03** |
| | **10400 Academy NE Suite 350** | **Attorney's Fees** | **4/7/2025** | **$5,486.94** |
| | Street | **Attorney's Fees** | **7/28/2025** | **$3,812.08** |
| | **Albuquerque, NM 87111** | | | |
| | City    State    ZIP Code | | | |

| Email or website address |
|---|
| |

| Who made the payment, if not debtor? |
|---|
| |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **246 County Road 84** | From **2014** To **2021** |
| Street | |
| **Santa Fe, NM 87506-2066** | |
| City    State    ZIP Code | |

Case 25-10924-j11     Doc 1     Filed 07/28/25     Entered 07/28/25 17:01:14 Page 57 of 72

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

15.1. _____

Facility name _____

Street _____

City _____ State ____ ZIP Code

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| --- | --- | --- |

*Check all that apply:*

☐ Electronically

☐ Paper

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: $\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_$ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

18.1 _____    XXXX–__ __ __ __

Name

☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

Street

_____

City       State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **I-25 RV-Boat Self Storage** | ~~Daniel Martinez; Kathy Martinez~~ | ~~Covered/insulated storage for~~ | ☐ No |
| Name | | ~~Hydroseeder.~~ | ☑ Yes |
| **268 South Hill Rd** | | | |
| Street | | | |
| | Address | | |
| **Bernalillo, NM 87004-8058** | | | |
| City   State   ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Kathy Martinez**<br>Name<br>**P O Box 1172**<br>Street<br><br>**Santa Fe, NM 87504**<br>City          State    ZIP Code | From **01/01/2022**  To **01/24/2025** |
| 26a.2. **Avitia Business Services, LLC**<br>Name<br>**3900 Paseo Del Sol**<br>Street<br><br>**Santa Fe, NM 87507-4072**<br>City          State    ZIP Code | From **05/15/2025**  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Ihlefeld Tax & Consulting, LLC**<br>Name<br>**2019 Galisteo St G1**<br>Street<br><br>**Santa Fe, NM 87505-2163**<br>City          State    ZIP Code | From **01/01/2022**  To **01/24/2025** |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 10

| Debtor | **Southwest Fire Defense, LLC, a New Mexico limited liability company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address | | Dates of service |
|---|---|---|

26b.2. **Avitia Business Services, LLC**
Name

**3900 Paseo Del Sol**
Street

_____

**Santa Fe, NM 87507-4072**
City                          State              ZIP Code

From **05/15/2025**   To _____

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **Kathy Martinez**
Name

**P O Box 1172**
Street

_____

**Santa Fe, NM 87504**
City                          State              ZIP Code

_____
_____
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. **Avitia Business Services, LLC**
Name

**3900 Paseo Del Sol**
Street

_____

**Santa Fe, NM 87507-4072**
City                          State              ZIP Code

_____
_____
_____

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑None

| Name and address |
|---|

26d.1. _____
Name

_____
Street

_____

_____
City                          State              ZIP Code

## 27.  Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑No

☐Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor    **Southwest Fire Defense, LLC, a New Mexico limited liability company**      Case number *(if known)* _____

Name

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City        State      ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Martinez, Daniel A.** | **PO Box 1172 Santa Fe, NM 87504** | **Owner/Managing Member ,** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. **Martinez, Daniel A.**<br>Name<br>**PO Box 1172**<br>Street<br><br>**Santa Fe, NM 87504**<br>City   State   ZIP Code | **$112,026.93** | **7/12/2024 to 6/26/2024** | **Salary/owner draws** |
| Relationship to debtor<br><br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

Debtor    **Southwest Fire Defense, LLC, a New Mexico limited liability company**      Case number *(if known)* _____

      Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

x

Fill in this information to identify the case:

Debtor name ___**Southwest Fire Defense, LLC, a New Mexico limited liability company**___

United States Bankruptcy Court for the:

___**District of New Mexico**___

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 US SBA NM District Office PO Box 2206 87106 Albuquerque, NM 87106 | | COVID-19 EIDL Loan | | | | $284,569.07 |
| 2 Cadence Bank, N.A. c/o James-Bates-Brannan-Groover-LLP 2827 Peachtree Road NE 300 Atlanta, GA 30305 | | SBA 504 commercial business loan | | $291,734.65 | $66,156.88 | $225,577.77 |
| 3 Kapitus LLC c/o Kapitus Servicing Inc. 2500 Wilson Blvd Ste. 350 Arlington, VA 22201 | (703) 666-3697 | Business Loan/Security Agreement | Disputed | | | $137,232.00 |
| 4 Navitas Credit Corp. 201 Executive Center Dr. 100 Columbia, SC 29210 | (888) 978-6353 | Loan/Equipment Financing | Disputed | $108,374.06 | $20,000.00 | $88,374.06 |
| 5 Headway Capital, LLC 4700 w Daybreak Pkwy Ste 200 South Jordan, UT 84009 | (866) 698-8494 | Proceeds of future sales | | | | $67,098.91 |
| 6 New Mexico Taxation & Revenue Department Bankruptcy Unit P.O. Box 50129 Albuquerque, NM 87181 | | 2024 unpaid taxes | Contingent Unliquidated | | | $60,000.00 |
| 7 WebBank c/o QuickBooks Capital PO Box 842978 Dallas, TX 75284-2978 | | Proceeds of future sales | | | | $30,000.00 |
| 8 CFG Merchant Solutions c/o CRI, Joshua J. Provost 25852 McBean Pkwy 801 Santa Clarita, CA 91355 | (877) 554-5274 | Working capital financing | Disputed | $24,408.95 | $66,156.88 | $24,408.95 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 Ditch Witch Financial Services<br>1625 W. Fountainhead Pkwy,<br>AZ-FTN-10C-A<br>Tempe, AZ 85282 | (800) 841-4433 | Loan/Equipment Financing | | $80,554.00 | $58,000.00 | $22,554.00 |
| 10 Altec Industries, Inc.<br>5202 E 36 HWY<br>Saint Joseph, MO 64507 | | Service/Repairs | | | | $17,903.82 |
| 11 Altec Capital Services, LLC<br>33 Inverness Center Parkway Ste 200<br>Birmingham, AL 35242 | | Equipment lease arrearages | | | | $16,921.14 |
| 12 New Mexico Bank & Trust (VISA)<br>c/o Heartland Financial USA<br>11935 Riley Street<br>Overland Park, KS 66213-1127 | | Credit Card/Unpaid balance | | | | $14,894.11 |
| 13 Lease Direct<br>DLL ATTN: Tammy Reile,<br>Litigation Dept<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | (610) 386-2943 | Lease Default/Arrearages | Disputed | | | $11,362.84 |
| 14 First-Citizens Bank & Trust Company<br>c/o Power of Attorney<br>PO Box 26592 DAC 20<br>Raleigh, NC 27611 | | Loan/Equipment Financing | | $52,889.00 | $43,000.00 | $9,889.00 |
| 15 First-Citizens Bank & Trust Company<br>c/o Power of Attorney<br>PO Box 26592 DAC 20<br>Raleigh, NC 27611 | | Loan/Equipment Financing | | $41,000.00 | $40,000.00 | $1,000.00 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE DIVISION**

IN RE: **Southwest Fire Defense, LLC, a New**
         **Mexico limited liability company**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **07/28/2025**    Signature _____**/s/ Daniel Martinez**_____

                                              Daniel Martinez, Owner, President

Altec Capital Services, LLC
33 Inverness Center Parkway Ste 200
Birmingham, AL 35242

Altec Industries, Inc.
5202 E 36 HWY
Saint Joseph, MO 64507

BMO Vendor Finance
Vincent Covena, Workout Officer
1625 W. Fountainhead PKWY FL 10
Tempe, AZ 85285

Cadence Bank
c/o Deborah Ricketts
500 Corporate Pkwy Ste 440
Birmingham, AL 35242

Cadence Bank, N.A.
c/o James-Bates-Brannan-Groover-LLP
2827 Peachtree Road NE 300
Atlanta, GA 30305

CADENCE BANK, N.A.
SBA Middle Georgia
Attn: Duluth Branch
1970 Satellite Blvd
Duluth, GA 30097

CESC- Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

CFG Merchant Solutions
c/o CRI, Joshua J. Provost
25852 McBean Pkwy 801
Santa Clarita, CA 91355

CHTD Company
PO Box 2576
Springfield, IL 62708

Corporation service Company
251 Little Falls Dr
Wilmington, DE 19808-1674

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

De Lage Landen Financial
Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Ditch Witch Financial Services
1625 W. Fountainhead Pkwy,
AZ-FTN-10C-A
Tempe, AZ 85282

Financial Agent Services
P.O. Box 2576
Springfield, IL 62708

First-Citizens Bank & Trust
Company
155 Commerce Way
Portsmouth, NH 03801

First-Citizens Bank & Trust
Company
155 Commerce Way
Portsmouth, NH 03801

First-Citizens Bank & Trust
Company
c/o Power of Attorney
PO Box 26592 DAC 20
Raleigh, NC 27611

FirstInLine Captial
8605 Santa Monica Blvd # 35697
W Hollywood, CA 90069-4109

Gatton & Associates, P.C.
10400 Academy NE Suite 350
Albuquerque, NM 87111

Headway Capital, LLC
4700 w Daybreak Pkwy Ste 200
South Jordan, UT 84009

Internal Revenue Service
4041 N Central Ave Ste 112
Phoenix, AZ 85012-5000

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kapitus LLC
c/o Kapitus Servicing Inc.
2500 Wilson Blvd Ste. 350
Arlington, VA 22201

Lease Direct
DLL ATTN: Tammy Reile, Litigation Dept
1111 Old Eagle School Road
Wayne, PA 19087

Lien Solutions
c/o John James
2929 Allen Pkwy Ste 3300
Houston, TX 77019-7112

Lien Solutions
Po Box 29071
Glendale, CA 91209-9071

Marlin Leasing Corp. dba PEAC
Solutions
c/o Karen Shields, Esq.,
300 Fellowship Rd
Mount Laurel, NJ 08054-1201

Marlin Leasing Corporation
P.O. Box 637
Mount Laurel, NJ 08054

Navitas Credit Corp.
201 Executive Center Dr. 100
Columbia, SC 29210

Navitas Credit Corp.
PO Box 935204
Atlanta, GA 31193-5204

New Mexico Bank & Trust (VISA)
c/o Heartland Financial USA
11935 Riley Street
Overland Park, KS 66213-1127

New Mexico Taxation & Revenue
Department
Bankruptcy Unit
P.O. Box 50129
Albuquerque, NM 87181

PNC Equipment Finance
655 Business Center Drive Ste 250
Horsham, PA 19044

Spencer Fane LLP
c/o Angela Harris
325 Paseo De Peralta
Santa Fe, NM 87501-1860

US SBA NM District Office
PO Box 2206 87106
Albuquerque, NM 87106

VFS US, LLC
P.O. BOX 26131
Greensboro, NC 27402

WebBank
c/o QuickBooks Capital
PO Box 842978
Dallas, TX 75284-2978

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

SOUTHWEST FIRE DEFENSE, LLC,

Debtor.                                                              No.

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned, Southwest Fire Defense, LLC ("SWFD" or the "LLC"), is a New Mexico limited liability company.

The following resolution was duly adopted.

"WHEREAS, it is in the best interests of SWFD to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code, Subchapter V:

"NOW, THEREFORE, BE IT RESOLVED, that SWFD be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the District of New Mexico on behalf of SWFD; and

"BE IT FURTHER RESOLVED, that **Daniel Adam Martinez, Managing Member,** be and hereby is authorized and directed to appear in all such bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that **Daniel Adam Martinez** be and hereby is authorized and directed to employ the law firm of Gatton & Associates, P.C., to represent SWFD in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF SWFD

I, **Daniel Adam Martinez, Managing Member** of the LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date: 7-25-2025                         Signature: _____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

IN RE:                                                  CHAPTER **11**

**Southwest Fire Defense, LLC, a New Mexico limited liability company**

DEBTOR(S)                                               CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| **Daniel A. Martinez**<br>PO Box 1172<br>Santa Fe, NM 87504 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ Owner, President _____ of the _____ limited liability company _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: 7-25-2025            Signature: _____

Daniel Martinez, Owner, President

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration    **Voluntary Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/25/2025
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Daniel Martinez**
Printed name

**Owner, President**
Position or relationship to debtor